Robbye R Waldron
15150 Middlebrook Dr.
Houston, TX 77058

James Patrick Brady
11550 Fuqua, Suite 340
Houston, TX 77034

James Patrick Brady
P.O. Box 34326
Houston, Texas 77234-4326

Paint n Place Custom Cycles, LLC
7418 Broken Oak Lane
Sugar Land, TX 77479

United States Bankruptcy Court
PO Box 61010
Houston, TX 77208

Fort Bend County
c/o John Dillman
PO Bx 3064
Houston, TX 77253-3064

ADT Security Services
Billing Dept.
14200 E. Exposition Ave.
Aurora, CO 80012

Advanta Business Credit
Attention: Collection Services
PO Box 44S
Spring House, PA 19477-0844

Bank of Texas
PO Box 20
Bellaire, TX 77402-0020

Bass & Associates
3936 E Fort Lowell #200
Tuscon, AZ 85712-1083

Chase OH1-118
8340 S Cleveland Ave Bldg 370
Westerville, OH 43081

Citibank
P.O. Box 6077
Sioux Falls, SD 57117-6077

Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

Comptroller of Public Accounts
c/o Office of the Attorney General
PO Box 12548
Austin TX 78711-2548

Digital Alarm Systems
PO Box 630186
Houston, TX 77263

Equinox Collections
PO Box 470585
Tulsa, OK 741147

Fort Bend Independent School District
1317 Eugene Heimann Circle
Richmond, TX 77469

Gulf Coast BMW
1210 College Ave,.South
Houston, TX 77587

Harris County Tax Collector
Leo Vasquez
P.O. Box 4622
Houston, TX 77210-4622

Internal Revenue Service
STOP 5022HOU
1919 Smith
Houston, TX 77002

Lease Finance Group, LLC
233 North Michigan Ave, Suite 1800
Chicago, IL 60601

Patty Schultz, RTA
Fort Bend County Tax Assessor
1317 Eugene Hermann Circle
Richmond, TX 77469

Premium Financing Specialists
PO Box 90819
Austin, TX 78709-0819

Progressive Service Center
10935 S. Wilcrest
Houston, TX 77099

Safety Kleen
PO Box 25084
Lehigh Valley, PA 18002

Safety Kleen Systems
5360 Legacy Drive
Building 2, Suite 100
Plano, TX 75024

Texas Workforce Commission
PO Box 721620
Houston, TX 77272-1620

UPS
PO Box 42086
Philadelphia, PA 19101-2086

Office of the US Trustee
515 Rusk Ave, Ste 3516
Houston, TX 77002

Wells Fargo Business Line
Attn: Customer Service
PO Box 348750
Sacramento, CA 95834

Windstream Communications
PO Box 9001908
Louisville, KY 40290-1908