IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PAINT N PLACE CUSTOM | § | CASE NO. 09-38679-H3-7 |
| CYCLES, LLC | § | (Chapter 7) |
|    DEBTOR | § | |

**ORDER ON TRUSTEE'S APPLICATION TO
DEPOSIT FUNDS INTO THE COURT'S REGISTRY**

CAME ON for consideration the Trustee's Application to Deposit Funds into the Court's Registry and the Court, after consideration of the Motion is of the opinion that notice of the Motion is not required and finds that the Motion should be GRANTED. It is, therefore,

**ORDERED** that Robbye R. Waldron, Trustee, is authorized to deposit funds totaling $1,348.94 from funds received from utility refund from Reliant Energy in the amount of $1,068.15, a refund from the Texas Comptroller of Public Accounts in the amount of $58.44, and an insurance refund from Premium Financing Specialists, Inc. in the amount of $222.35, together with any accrued interest thereon, into the registry of the Court.

Dated: _____     _____
                                                   DEPUTY CLERK OF THE COURT